IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| CAROL UEBELACKER, an individual, and SOUTHERN CALIFORNIA HOUSING RIGHTS CENTER, INC., d/b/a HOUSING RIGHTS CENTER, a California nonprofit corporation,<br><br>        Plaintiffs,<br>  vs.<br><br>ALAN YEE, an individual and as trustee of the YEE FAMILY TRUST, and LORRAINE C YEE, an individual and as trustee of the YEE FAMILY TRUST,<br><br>        Defendants. | Case No.: CV13-08942-JAK (CW)<br><br>Assigned to Courtroom: 750<br>The Hon. John A. Kronstadt<br><br>**ORDER DISMISSING ACTION**<br><br>JS-6 |

Pursuant to Federal Rule of Civil Procedure 41(a) and plaintiffs' Request for Dismissal of defendants in this case, this Court dismisses the above-captioned case with prejudice.

Dated: March 14, 2014

_____
John A. Kronstadt
United States District Judge

-1-
REQUEST FOR DISMISSAL